February 9, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

ROBERT BERNARD WALKER, Appellant

NO. 14-12-00030-CR                     V.

THE STATE OF TEXAS, Appellee

———————————————

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion and that this decision be certified below for observance.